UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

ORIGINAL

Civil No.: 01-0988 ADM/AJB

IBEW NO. 292 HEALTH CARE PLAN, ELECTRICAL WORKERS LOCAL NO. 292 PENSION FUND, ELECTRICAL WORKERS LOCAL NO. 292 ANNUITY & 401(k) FUND, ELECTRICAL WORKERS LOCAL NO. 292 VACATION & HOLIDAY FUND, MINNEAPOLIS ELECTRICAL INDUSTRY BOARD/JATC/LMCC,

Plaintiffs,

vs.

**ORDER TO SHOW CAUSE**

SECURITY SERVICES CORPORATION,

Defendant.

The above matter came before the Court upon Plaintiffs' seeking an Order to Show Cause to hold Defendant in civil contempt for failure to obey the Court's previous Order dated November 20, 2001, which ordered Defendant to produce fringe fund reports and contributions for the months of November 2000 through the present. The Court now makes the following Order:

IT IS HEREBY ORDERED:

1. Defendant is hereby ordered to personally appear before this Court on June 25, 2002, at 1:30 p.m. at the United States Courthouse, Courtroom 638, 316 North Robert Street, St. Paul, Minnesota to show cause, if any, why a contempt of court order should not be entered adjudging the Defendant in civil contempt of this Court for continuing to refuse to submit fringe fund reports and contributions for the months of November 2000 through

JUN 3 3 2002
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

the present and that Defendant should show cause why it should not be committed to confinement until compliance with the Court's Order of November 20, 2001.

BY THE COURT:

Date: 6/3/02

The Honorable Arthur J. Boylan
United States Magistrate Judge