UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

IBEW NO. 292 Health Care Plan
Electrical Workers Local NO. 292
Pension Fund, Electrical Workers
Local No. 292 Annuity & 401(k) Fund,
Electrical Workers Local No. 292
Vacation & Holiday Fund, Minneapolis
Electrical Industry Board/JATC/LMCC,

Civil No. 01-0988 ADM/AJB

Plaintiff,

v.

ORDER

Security Services Corporation,

Defendants.

---

Based on the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated July 22, 2002, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that defendant Security Services Corporation and its owner and president, Mr. Greg LaNasa, are held in contempt of this Court.

Dated: April 16, 2002

ANN D. MONTGOMERY
United States District Court Judge

FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

AUG 16 2002

Filed ________
Richard Sletten, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________