UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IBEW LOCAL NO. 292 HEALTH CARE PLAN, ET AL.,

Plaintiff,

Civil No. 01-988(ADM/AJB)

v.

ORDER

SECURITY SERVICES CORPORATION,

Defendant.

---

The above matter came before the Court on plaintiff's request that a Bench Warrant be issued for Greg LaNasa, owner of Security Services Corporation, 2946 140th Avenue NE, Ham Lake, MN 55304. Having considered the request, and all files and records herein IT IS HEREBY ORDERED THAT:

1. Greg LaNasa is in civil contempt of this Court's prior orders of November 16, 2001 and June 3, 2002.

2. A warrant shall be issued for the arrest of Greg LaNasa.

Dated: November 15, 2002

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

NOV 1 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK