UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil No.: 01-0988 ADM/AJB

IBEW NO. 292 HEALTH CARE PLAN, ELECTRICAL WORKERS LOCAL NO. 292 PENSION FUND, ELECTRICAL WORKERS LOCAL NO. 292 ANNUITY & 401(k) FUND, ELECTRICAL WORKERS LOCAL NO. 292 VACATION & HOLIDAY FUND, MINNEAPOLIS ELECTRICAL INDUSTRY BOARD/JATC/LMCC,

Plaintiffs,

vs.

**ORDER TO SHOW CAUSE**

SECURITY SERVICES CORPORATION,

Defendant.

The above matter came before the Court upon Plaintiffs' seeking an Order to Show Cause to hold Defendant in civil contempt for failure to obey the Court's previous Order dated April 29, 2003, which ordered Defendant to produce fringe fund reports and contributions for the months of December, 2002 through March, 2003. The Court now makes the following Order:

IT IS HEREBY ORDERED:

1. Defendant is hereby ordered to personally appear before this Court on August 13, 2003, at 9:00 a.m. at the United States Courthouse, Courtroom 13W, 300 South 4th Street, Minneapolis, Minnesota to show cause, if any, why a contempt of court order should not be entered adjudging the Defendant in civil contempt of this Court for continuing to refuse to submit fringe fund reports and contributions for the months of

JUL 1 4 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

December, 2002 through March, 2003 and that Defendant should show cause why it should not be committed to confinement until compliance with the Court's Order of April 29, 2003.

BY THE COURT:

Date: July 11, 2003

The Honorable Ann D. Montgomery
United States District Court Judge